United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>         Plaintiff,<br><br>    v.<br><br>DOCTORS MEDICAL CENTER OF MODESTO, INC., *et al.*,<br><br>         Defendants._____/ | No. C-07-1740 EMC<br><br><br>**ORDER DISMISSING DEFENDANT AMERICAN ARBITRATION ASSOCIATION, INC.** |

Because the Court lacks subject matter jurisdiction, as explained in its order granting Defendant Doctors Medical Center of Modesto, Inc.'s motion to dismiss, *see* Docket No. 30, Defendant American Arbitration Association, Inc. is also dismissed from this case.

The Clerk of the Court is is directed to enter judgment and close the file in this case.

IT IS SO ORDERED.

Dated: August 20, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge