**HELTON LAW GROUP, LLP**
RALPH G. HELTON (STATE BAR NO. 93864)
CARRIE S. McLAIN (STATE BAR NO. 181674)
JAMES B. HILLSBURG (STATE BAR NO. 199202)
ATTORNEYS AT LAW
401 East Ocean Boulevard, Suite 510
Long Beach, California 90802-4967
TELEPHONE: (562) 901-4499
FACSIMILE:  (562) 901-4488

ATTORNEYS FOR DEFENDANT DOCTORS MEDICAL CENTER OF MODESTO, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>DOCTORS MEDICAL CENTER OF MODESTO, INC. and AMERICAN ARBITRATION ASSOCIATION, INC.<br><br>Defendants. | Case No. C 07-01740 EMC<br><br>ASSIGNED TO THE HON. EDWARD M. CHEN<br><br>**STIPULATION AND ORDER RE WITHDRAWAL OF DEFENDANT'S MOTION FOR ATTORNEY'S FEES AS COSTS**<br><br>DATE: OCTOBER 17, 2007<br>TIME: 10:30 A.M.<br>COURT ROOM: C |

TO THE COURT, THE PARTIES AND THEIR COUNSEL OF RECORD:

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE FUND FOR NORTHERN CALIFORNIA and Defendant DOCTORS MEDICAL CENTER OF

1

MODESTO, INC. ("DMC") that DMC shall withdraw and the Court shall take off calendar DMC's Motion for Attorney's Fees as Costs.

Dated: October 11, 2007    BULLIVANT HOUSER BAILEY PC

By: _____
Susan Olson
Ronald L. Richman
Marilyn Raia
C. Todd Norris
Attorneys for Plaintiff BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE FUND FOR NORTHERN CALIFORNIA

Dated: October 11, 2007    HELTON LAW GROUP, LLP

By: _____
CARRIE S. McLAIN
JAMES B. HILLSBURG
Attorneys for Defendant DOCTORS MEDICAL CENTER OF MODESTO, INC.

IT IS HEREBY ORDERED that the Motion for Attorney's Fees as Costs by Defendant DOCTORS MEDICAL CENTER OF MODESTO, INC. is hereby withdrawn and taken off calendar.

IT IS SO ORDERED.

Dated: October 16, 2007

_____
MAGISTRATE JUDGE EDWARD M. CHEN

IT IS SO ORDERED.
Judge Edward M. Chen

# PROOF OF SERVICE

*This document is printed on recycled paper*

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 401 E. Ocean Blvd., Ste. 1010, Long Beach, California 90802.

On October 15, 2007, I served the foregoing document described as **STIPULATION AND ORDER RE WITNDRAWL OF DEFENDANT'S MOTION FOR ATTORNEY'S FEES AS COSTS** as follows:

| | |
|---|---|
| Susan Olson<br>Joye Blanscett<br>Stacey DiCicco<br>BULLIVANT HOUSER BAILEY PC<br>601 S. California St., Ste. 1800<br>San Francisco, CA 94108<br>Telephone: (415) 352-2700<br>Fax: (415) 352-2701 | Attorneys for Plaintiff<br>**BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA** |

__X__   BY MAIL
I caused such envelope to be deposited in the mail at Long Beach, California. The envelope was mailed with postage thereon fully prepaid.

_____   BY FACSIMILE
I caused such documents to be served via facsimile transmittal to the office of the addressee herein described.

_____   BY PERSONAL SERVICE
I caused the foregoing document to be personally served on the interested parties herein described.

I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on October 15, 2007 at Long Beach, California.

I declare that I am employed in the office of a member of the bar of this Court whose direction the service was made.

JESSICA ERMEL